## Commonwealth *v.* Unger, Appellant.

Submitted March 12, 1973. *Stewart L. Kurtz,* Public Defender, for appellant; *Merrill W. Kerlin,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wanamaker, Appellant.

Submitted March 19, 1973. *Drew Salaman* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Linda West Conley* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.